```
REBECCA EISEN, State Bar No. 096129
M. MICHAEL COLE, State Bar No. 235538
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
mcole@morganlewis.com

Attorneys for Defendant
P.F. CHANG'S CHINA BISTRO, INC.
```

E-filing

FILED 08 MAR -3 PM 3:16

RS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CASTILLO, on behalf of herself and on behalf of all others similarly situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>P.F. CHANG'S CHINA BISTRO, INC., and DOES 1 through 50,<br><br>Defendants | Case No. CV 08 1247 RS<br><br>**PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORIGINAL

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On March 3, 2008, I served the within document(s):

1. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIVIL L.R. 3-16]

2. DEFENDANT P.F. CHANG'S CHINA BISTRO, INC.'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

3. CIVIL COVERSHEET

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed FEDERAL EXPRESS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FEDERAL EXPRESS agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Dennis F. Moss
David M. Arbogast
Fernando A. Vicente
SPIRO MOSS BARNESS LLP
1377 W. Olympic Blvd., Fifth Floor
Los Angeles CA 90064-1683
Tel: 310-235-2468/ Fax: 310-235-2456
Email:  dennisfmoss@yahoo.com
        David@SpiroMoss.com
        Fernando@SpiroMoss.com

Jeffrey K. Berns
Law Offices of Jeffrey K. Berns
19510 Ventura Blvd., Suite 200
Tarzana CA 91356
Tel: 818-961-2000/ Fax: 818-867-4820
Email: jberns@jeffbernslaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7671883.1

PROOF OF SERVICE

1  Executed on March 3, 2008, at San Francisco, California.

2  I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

*Patricia De La Hoya Murphy*
Patricia De La Hoya Murphy

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7671883.1

2

PROOF OF SERVICE