1  Ira Spiro - State Bar No. 67641
   Dennis F. Moss - State Bar No. 77512
2  **SPIRO MOSS BARNESS LLP**
   11377 W. Olympic Boulevard., Fifth Floor
3  Los Angeles, CA 90064-1683
   Phone: (310) 235-2468
4  Fax:  (310) 235-2456
   ira@spiromoss.com
5  dennisfmoss@yahoo.com

6  David M. Arbogast - State Bar No. 167571
   Jeffrey K. Berns, Esq. - State Bar No. 131351
7  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
8  Tarzana, California 91356
   Phone: (818) 961-2000
9  Fax:  (310) 861-1775
   darbogast@law111.com
10 jberns@law111.com

11 Attorneys for Plaintiff and all others Similarly Situated

12
                    **UNITED STATES DISTRICT COURT**
13
              **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**
14

15
   SYLVIA CASTILLO, on behalf of       )   **CASE NO.  5:08-CV-01247 - RS**
16 herself and on behalf of all others  )
   similarly situated and the General   )   CLASS ACTION
17 Public,                              )
                                        )   [*Assigned to the Hon. Richard Seeborg*]
18              Plaintiff,              )
                                        )
19                                      )
          v.                            )   **NOTICE OF FIRM AND ADDRESS**
20                                      )
                                        )   **CHANGE**
21                                      )
   P.F. CHANG'S CHINA BISTRO,           )
22 INC.;  and DOES 1 through 50,        )
   inclusive,                           )
23                                      )
                Defendants.             )
24                                      )
                                        )
25

26

27

28

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on April 21, 2008, David M. Arbogast, Esq. will be
3  associated with the law offices of Arbogast & Berns LLP located at 19510 Ventura
4  Boulevard, Suite 200 Tarzana, California 91356, Telephone (818) 961-2000 and Fax:
5  (310) 861-1775.

DATED: April 28, 2008  **ARBOGAST & BERNS LLP**

By:  */s/ David M. Arbogast*

David M. Arbogast, Esq.
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000
Fax:    (310) 861-1775

Ira Spiro, Esq.
Dennis F. Moss, Esq.
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468
Fax:    (310) 235-2456

Attorneys for Plaintiff, SYLVIA CASTILLO, and all others Similarly Situated