1 | Ira Spiro - State Bar No. 67641
Dennis F. Moss - State Bar No. 77512
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard., Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468
Fax: (310) 235-2456
ira@spiromoss.com
dennisfmoss@yahoo.com

David M. Arbogast - State Bar No. 167571
Jeffrey K. Berns, Esq. - State Bar No. 131351
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax: (310) 861-1775
darbogast@law111.com
jberns@law111.com

Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| SYLVIA CASTILLO, on behalf of herself and on behalf of all others similarly situated and the General Public,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | **CASE NO. 5:08-CV-01247 - RS**<br><br>CLASS ACTION<br><br>[*Assigned to the Hon. Richard Seeborg*]<br><br>**NOTICE OF FIRM CHANGE** |

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on April 21, 2008, Jeffrey K. Berns, Esq. will be
3  associated with the law offices of Arbogast & Berns LLP located at 19510 Ventura
4  Boulevard, Suite 200 Tarzana, California 91356, Telephone (818) 961-2000 and Fax:
5  (310) 861-1775.

DATED: April 28, 2008   **ARBOGAST & BERNS LLP**

By:   */s/ Jeffrey K. Berns*
Jeffrey K. Berns, Esq.
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000
Fax:    (310) 861-1775

Ira Spiro, Esq.
Dennis F. Moss, Esq.
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468
Fax:    (310) 235-2456

Attorneys for Plaintiff, SYLVIA CASTILLO, and all others Similarly Situated