1  Ira Spiro - State Bar No. 67641
   Ira@SpiroMoss.com
2  **SPIRO MOSS BARNESS LLP**
   11377 W. Olympic Boulevard, Fifth Floor
3  Los Angeles, CA 90064-1683
   Phone: (310) 235-2468; Fax: (310) 235-2456
4

5  David M. Arbogast - State Bar No. 167571
   darbogast@law111.com
6  Jeffrey K. Berns - State Bar No. 131351
   jberns@law111.com
7  **ARBOGAST & BERNS LLP**
   19510 Ventura Blvd., Suite 200
8  Tarzana, CA 91356
   Phone: (818) 961-2000; Fax: (818) 867-4820

9  Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| SILVIA CASTILLO, on behalf of herself and on behalf and on behalf of all others similarly situated and the General Public, | **CASE NO. 5:08-CV-01247** |
| | CLASS ACTION |
| Plaintiffs, | |
| | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | |
| P.F. CHANG'S CHINA BISTRO, INC., and DOES 1 through 50 inclusive, | |
| Defendants. | |
| | Complaint Filed: January 9, 2008
Trial Date: Not set yet. |

ADR CERTIFICATION BY PARTIES AND COUNSEL - 5:08-CV-01247

1  Pursuant to Civil L.R. 16-8 (b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:   June 4, 2008   */s/ Silvia Castillo*
Plaintiff, SILVIA CASTILLO

DATED: June 4, 2008   **ARBOGAST & BERNS LLP**

*/s/ David M. Arbogast*
David M. Arbogast
19510 Ventura Blvd., Suite 200
Tarzana, CA  91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Ira Spiro
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Attorneys for Plaintiff SILVIA CASTILLO and all others Similarly Situated