**United States District Court**
For the Northern District of California

**\*E-FILED\***
**June 13, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CASTILLO, | No. C 08-01247 RS |
|     Plaintiffs, | |
|    v. | **CLERK'S NOTICE** |
| P.F. CHANG'S CHINA BISTRO, INC., et al., | |
|     Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference set for **June 25, 2008 at 2:30 p.m.** will be conducted telephonically. No later than Friday, June 20, 2008, the parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

Dated: June 13, 2008

                                          For the Court,
                                          RICHARD W. WEIKING, Clerk

                                          By:    /s/ Martha Parker Brown
                                                         Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

David M. Arbogast    darbogast@law111.com, jkerr@law111.com

M. Michael Cole    mcole@morganlewis.com

Rebecca Dianne Eisen    reisen@morganlewis.com, mary.gonzalez@morganlewis.com

Lauren Sunley Kim    lkim@morganlewis.com

Dennis Frank Moss    jeanette@spiromoss.com

Ira Spiro    Ira@SpiroMoss.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: June 13, 2008

2