1  David M. Arbogast - State Bar No. 167571
   darbogast@law111.com
2  Jeffrey K. Berns - State Bar No. 131351
   jberns@law111.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Blvd., Suite 200
4  Tarzana, CA  91356
   Phone: (818) 961-2000; Fax: (818) 867-4820
5

6  Ira Spiro - State Bar No. 67641
   Ira@SpiroMoss.com
7  **SPIRO MOSS BARNESS LLP**
   11377 W. Olympic Boulevard, Fifth Floor
8  Los Angeles, CA 90064-1683
   Phone: (310) 235-2468; Fax: (310) 235-2456

9  Attorneys for Plaintiff and all others Similarly Situated

10

11              **UNITED STATES DISTRICT COURT**

12         **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

13

14

15  SILVIA CASTILLO, on behalf of herself and  )  **CASE NO. 5:08-CV-01247**
    on behalf and on behalf of all others       )
    similarly situated and the General Public,  )  CLASS ACTION
16                                              )
                Plaintiffs,                     )
17                                              )  **CERTIFICATE OF INTERESTED ENTITIES**
                                                )  **OR PARTIES**
18        v.                                    )
                                                )
19                                              )
    P.F. CHANG'S CHINA BISTRO, INC., and        )
20  DOES 1 through 50 inclusive,                )
                                                )
21              Defendants.                     )
                                                )
22                                              )
                                                )
23                                              )  Complaint Filed: January 9, 2008
                                                )  Trial Date: Not set yet.
24  _____ )

25

26

27

28

CERTIFICATE OF INTERESTED ENTITIES OR PARTIES - 5:08-CV-01247

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or
4 (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected
5 by the outcome of this proceeding:

6     In addition to the named Plaintiff:  Members of the proposed class or classes of PF Chang's
7 China Bistro, Inc.'s Food Server employees, including Supervisor Food Servers, whose identities are as
8 yet unknown.

9 DATED:  June 14, 2008         **ARBOGAST & BERNS LLP**

By:   */s/ David M. Arbogast*
David M. Arbogast
19510 Ventura Blvd., Suite 200
Tarzana, CA  91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Ira Spiro
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Attorneys for Plaintiff SILVIA CASTILLO and all others Similarly Situated