1  David M. Arbogast - State Bar No. 167571
   darbogast@law111.com
2  Jeffrey K. Berns - State Bar No. 131351
   jberns@law111.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Blvd., Suite 200
4  Tarzana, CA  91356
   Phone: (818) 961-2000; Fax: (818) 867-4820
5
   Attorneys for Plaintiff and all others Similarly Situated
6

7
                    UNITED STATES DISTRICT COURT
8
           NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
9

10

11 | SILVIA CASTILLO, on behalf of herself and ) | **CASE NO. 5:08-CV-01247 - RS**
   | on behalf and on behalf of all others          )
12 | similarly situated and the General Public,     ) | CLASS ACTION
   |                                                )
13 |                   Plaintiffs,                  ) | **SUBSTITUTION OF ATTORNEYS**
   |                                                )
14 |        v.                                      )
   |                                                )
15 |                                                )
   | P.F. CHANG'S CHINA BISTRO, INC., and           )
16 | DOES 1 through 50 inclusive,                   )
   |                                                )
17 |                   Defendants.                  )
   |                                                )
18 |                                                )
   |                                                ) Complaint Filed: January 9, 2008
19 |                                                ) Trial Date: Not set yet.
20 |_____)

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff SYLVIA CASTILLO requests the following substitution:

**Former legal representative:**
Ira Spiro, Esq. SBN 67641
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468
Fax:    (310) 235-2456

**New legal representatives:**
David M. Arbogast, Esq. SBN 167571
Jeffrey K. Berns, Esq. SBN 131351
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone (818) 961-2000
Fax:    (818) 867-4820

The party requesting substitution is Plaintiff SYLVIA CASTILLO.

I CONSENT TO THIS SUBSTITUTION:

Dated: June 16, 2008          /s/ Sylvia Castillo
                              Plaintiff, SYLVIA CASTILLO

I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

Dated: June 18, 2008          /s/ Ira Spiro
                              Ira Spiro, Esq.
                              SPIRO MOSS BARNESS LLP

I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

DATED: June 18, 2008          **ARBOGAST & BERNS LLP**

                              By:   /s/ David M. Arbogast
                              David M. Arbogast, Esq.
                              19510 Ventura Boulevard, Suite 200
                              Tarzana, California 91356.
                              Phone: (818) 961-2000
                              Fax:    (818) 867-4820

                              Attorneys for Plaintiff and all others Similarly Situated

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B, the filing attorney attests that she has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated: June 18, 2008     By:  /s/ David M. Arbogast
                              David M. Arbogast

## [PROPOSED] ORDER

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is here by granted.

**IT IS SO ORDERED**

Dated: _____, 2008

_____
Hon. Richard Seeborg
United States District Court Magistrate Judge