UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time: 10 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:  NOT REPORTED                DATE:  6/25/08
COURTROOM DEPUTY:  MARTHA PARKER BROWN
                                              CASE #:  C 08-01247RS

CASE TITLE:   SYLVIA CASTILLO     VS.    PF CHANG'S CHINA BISTRO

**Appearances for Plaintiff(s)**            **Appearances for Defendant(s)**

  DAVID M. ARBOGAST                            LAUREN S. KIM

                                               REBECCA EISEN


**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} CMC   { } MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{ }     { }     { }    1.
{ }     { }     { }    2.
{ }     { }     { }    3.
{ }     { }     { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED      [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED      [ ] DENIED/GRANTED in part


[ ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**  { } Cont'd to:              @             For


**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:

  CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT:            Copies to: