United States District Court
For the Northern District of California

*E-FILED 6/25/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILVIA CASTILLO, et al., | No. C 08-01247 RS |
|     Plaintiffs, | <u>CLASS ACTION</u> |
|     v. | **CASE MANAGEMENT SCHEDULING ORDER** |
| P.F. CHANG'S CHINA BISTRO, INC., | |
|     Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on June 25, 2008. After considering the Case Management Statement and Proposed Order submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, **IT IS HEREBY ORDERED THAT:**

    1.    <u>ALTERNATIVE DISPUTE RESOLUTION</u>

        <u>MEDIATION</u>. Pursuant to the parties' stipulation, this matter was referred to mediation to be completed by December 19, 2008, if possible. The parties shall promptly notify the Court whether the case is resolved at the mediation.

    2.    <u>JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS</u>. Any amendments to the pleadings or the joinder of additional parties shall be completed on or before **October 31, 2008**.

3. <u>DISCOVERY</u>.

Discovery shall be limited as follows: (a) **ten (10)** non-expert depositions per party; (b) **twenty-five (25)** interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

4. MOTION FOR CLASS CERTIFICATION. Plaintiffs' motion for class certification must be filed and served pursuant to Civil Local Rule 7 and shall be <u>heard</u> on **March 25, 2009 at 9:30 a.m**.

**IT IS SO ORDERED.**

DATED: June 25, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

CASE MANAGEMENT SCHEDULING ORDER    2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

David M. Arbogast    darbogast@law111.com, jkerr@law111.com

M. Michael Cole    mcole@morganlewis.com

Rebecca Dianne Eisen    reisen@morganlewis.com, mary.gonzalez@morganlewis.com

Lauren Sunley Kim    lkim@morganlewis.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 6/25/08

                           /s/ BAK
                           Chambers of Magistrate Judge Richard Seeborg