David M. Arbogast - State Bar No. 167571
darbogast@law111.com
Jeffrey K. Berns - State Bar No. 131351
jberns@law111.com
ARBOGAST & BERNS LLP
19510 Ventura Blvd., Suite 200
Tarzana, CA 91356-2969
Phone: (818) 961-2000
Fax:    (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| SILVIA CASTILLO, on behalf of herself and on behalf of all others similarly situated and the General Public,<br><br>   Plaintiffs,<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC., and DOES 1 through 50 inclusive,<br><br>   Defendants. | CASE NO. 5:08-CV-01247<br><br>CLASS ACTION<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

**NOTICE OF DISASSOCIATION OF COUNSEL** - 5:08-CV-01247

**PLEASE TAKE NOTICE** that DAYNA CHRISTINE CARTER, ESQ. (SBN 253629) is no longer associated with the law firm of ARBOGAST & BERNS LLP, counsel of record in the above entitled action *Castillo vs. P.F. Chang's China Bistro, Inc.*, United States District Court, Northern District, Case Number 5:08-cv-01247. Plaintiff SILVIA CASTILLO shall continue to be represented in this action by ARBOGAST & BERNS LLP, and KABATECK BROWN KELLNER LLP.

Disassociation of DAYNA CHRISTINE CARTER as counsel of record in the above-entitled action shall be deemed effective as of the date of the filing of this Notice of Disassociation of Counsel.

All further communications and service of documents shall reflect said change.

DATED: July 3, 2008

**ARBOGAST & BERNS LLP**

By: /S/
David M. Arbogast
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Tel: (818) 961-2000
Fax: (818) 867-4820

Brian S. Kabateck - State Bar No. 152054
Richard L. Kellner - State Bar No. 171416
Reza Sina - State Bar No. 250428
**KABATECK BROWN KELLNER LLP**
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000
Fax: (213) 217-5010

Attorneys for Plaintiff, CARMEN HITA, and all others Similarly Situated