# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Castillo,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>P.F. Chang's China Bistro, Inc.,<br><br>                    Defendant(s). | 08-01247 RS MED<br><br>**Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

The appointment of Sanford Jay Rosen to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: July 17, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

---

**Notice Vacating Appointment of Mediator**
08-01247 RS MED