United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Castillo,<br><br>             Plaintiff(s),<br><br>     v.<br><br>P.F. Chang's China Bistro, Inc.,<br><br>             Defendant(s). | 08-01247 RS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Alan R. Berkowitz**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
415-393-2636

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01247 RS MED                          - 1 -

1     Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: July 21, 2008

                            RICHARD W. WIEKING
                            Clerk
                            by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-01247 RS MED                     - 2 -