1  David M. Arbogast — State Bar No. 167571
   darbogast@law111.com
2  Jeffrey K. Berns — State Bar No. 131351
   jberns@law111.com
3  ARBOGAST & BERNS LLP
   19510 Ventura Blvd., Suite 200
4  Tarzana, California 91356-2969
   Telephone:   (818) 961-2000
5  Facsimile:   (818) 867-4820

6  *Attorneys for Plaintiff*
   SYLVIA CASTILLO
7
   Rebecca Eisen, State Bar No. 96129
8  reisen@morganlewis.com
   Lauren S. Kim, State Bar No. 210572
9  lkim@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
10 One Market, Spear Street Tower
   San Francisco, California 94105-1126
11 Telephone:   415.442.1000
   Facsimile:   415.442.1001
12
   *Attorneys for Defendant*
13 P.F. CHANG'S CHINA BISTRO, INC.

*E-FILED 9/29/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| SYLVIA CASTILLO, on behalf of herself and on behalf of all others similarly situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:08-CV-01247 RS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION TO CONTINUE COURT-SPONSORED MEDIATION DEADLINE FROM DECEMBER 19, 2008 TO MARCH 31, 2009 AND ORDER THEREON**<br><br>Judge: Hon. Richard Seeborg<br>Complaint Filed: January 9, 2008<br>Trial Date: Not set yet. |

## JOINT STIPULATION

Plaintiff Sylvia Castillo ("Plaintiff") and Defendant P.F. Chang's China Bistro, Inc. ("Defendant"), by and through their respective counsel of record named herein, and subject to the approval of this Court, hereby stipulate and agree that:

WHEREAS the current deadline for the parties to complete their court-sponsored mediation pursuant to ADR L.R. 5 is December 19, 2008;

WHEREAS the mediation activities have been scheduled by the court-sponsored mediator to begin this month in September;

WHEREAS the parties are currently engaged in their own good faith efforts to resolve this litigation without the assistance of a mediator; and

WHEREAS the parties have agreed to a temporary hold on discovery while settlement efforts are pending;

The parties, through their undersigned respective counsel, stipulate and request that the Court approve the following Order:

(1) That the new deadline for the parties to complete their court-sponsored mediation will be March 31, 2009; and

(2) That if this matter has not been resolved by December 1, 2008, that either party may request the Court to schedule another Case Management Conference to revisit scheduling matters.

IT IS SO STIPULATED.

//
//
//

| | | |
|---|---|---|
| 1 | Dated: September 26, 2008 | Respectfully Submitted: |
| 2 | | SYLVIA CASTILLO |
| | | By her attorneys, |

/s/ *David M. Arbogast*
_____
David M. Arbogast
ARBOGAST & BERNS LLP
19510 Ventura Blvd., Suite 200
Tarzana, California 91356-2969
Telephone:   (818) 961-2000
Facsimile:    (818) 867-4820

**Attorneys for Plaintiff**

Dated: September 26, 2008

P.F. CHANG'S CHINA BISTRO, INC.
By its attorneys,

/s/ *Rebecca Eisen*
_____
Rebecca Eisen
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone:   415.442.1000
Facsimile:    415.442.1001

**Attorneys for Defendant**

## ORDER

AS STIPULATED BY THE PARTIES, IT IS SO ORDERED.

Dated: __9/29__, 2008

_____
Hon. Richard Seeborg
United States Magistrate Judge

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B, the filing attorney attests that she has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated: September 26, 2008          By: */s/ Lauren S. Kim*
                                        Lauren S. Kim