REBECCA EISEN, State Bar No. 96129
LAUREN S. KIM, State Bar No. 210572
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: reisen@morganlewis.com
        lkim@morganlewis.com

**E-Filed 3/17/09**

Attorneys for Defendant
P.F. CHANG'S CHINA BISTRO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLVIA CASTILLO, on behalf of herself and on behalf of all others similarly situated and the General Public,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>P.F. CHANG'S CHINA BISTRO, INC.,<br><br>　　　　　　Defendant. | Case No. C08-01247 RS<br><br>Hon. Richard Seeborg<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

Plaintiff Sylvia Castillo ("Plaintiff" or "Castillo") and Defendant P.F. Chang's China Bistro, Inc. ("Defendant"), by and through their counsel of record named herein, submit this Joint Stipulation of Dismissal ("Dismissal"), and hereby stipulate and agree that:

1) All of Plaintiff's individual and class claims in her complaint filed on January 9, 2008 (initially Case No. 108CV102887, after removal, Case No. C08-01247 RS) (the "Complaint") should be dismissed with prejudice in their entirety.

2) All class action allegations in the Complaint should be dismissed without prejudice pursuant to Fed. R. Civ. P. 23(e) and 41.

3) Each party shall bear its own attorney fees and costs of suit herein.

The parties further stipulate and agree that the Court issue an order holding that the factors identified in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401 (9th Cir. 1989), do not weigh in favor of requiring notice to the putative class members in this case because:

1) Plaintiff and her counsel represent that the class allegations were not frivolous and were not initially pled for the purpose of extracting a more favorable settlement.

2) None of the counsel will be receiving any money, directly or indirectly, of any kind in connection with this Dismissal. Defendant has not promised Plaintiff and her counsel a disproportionate recovery on settlement of Plaintiff's individual action in exchange for dismissal of the class allegations. Moreover, other than the mutual waiver of attorney's fees and costs referenced above, Defendant has not made any concessions to Plaintiff or her attorneys in exchange for dismissal of the class allegations.

3) This action, including the class allegations, has not received any publicity that would have caused putative class members to refrain from filing their own individual lawsuits.

4) The class allegations to be dismissed are for failure to provide meal periods, failure to furnish timely and accurate wage statements and unfair competition. Defendant denies all allegations on the merits. The statute of limitations for these claims varies between one and four years. This action was filed on January 9, 2008. Substantial time remains for most putative

/ / /

/ / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20966855.1

JOINT STIPULATION OF DISMISSAL AND
[PROPOSED] ORDER THEREON
CASE NO. C08-01247 RS

class members to bring the claims asserted in this action. Thus, the likelihood of prejudice to most class members due to the statute of limitations is low.

IT IS SO STIPULATED.

Dated: March 16, 2009        Respectfully Submitted:

SYLVIA CASTILLO
By her attorneys,

/s/ David M. Arbogast
David M. Arbogast
ARBOGAST & BERNS LLP
19510 Ventura Blvd., Suite 200
Tarzana, California 91356-2969
Telephone:   (818) 961-2000
Facsimile:   (818) 867-4820

*Attorneys for Plaintiff*

Dated: March 16, 2009        P.F. CHANG'S CHINA BISTRO, INC.
By its attorneys,

/s/ Rebecca Eisen
Rebecca Eisen
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone:   415.442.1000
Facsimile:   415.442.1001

*Attorneys for Defendant*

### ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B, the filing attorney attests that she has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated: March 16, 2009        By:   /s/ Lauren S. Kim
Lauren S. Kim

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20966855.1                          2                    JOINT STIPULATION OF DISMISSAL AND
[PROPOSED] ORDER THEREON
CASE NO. C08-01247 RS

## ORDER

On stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1) All of Plaintiff's individual and class claims as set forth in her Complaint are dismissed with prejudice in their entirety.

2) All class action allegations as set forth in the Complaint are dismissed without prejudice pursuant to Fed. R. Civ. P. 23(e) and 41.

3) No party shall be entitled to costs or attorney fees because of this dismissal.

4) Based on the factors identified in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401 (9th Cir. 1989), the above dismissal of the class allegations may be made, and hereby is made, without notice to the putative class.

Dated: March 17, 2009

_____
Hon. Richard Seeborg
United States Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20966855.1

JOINT STIPULATION OF DISMISSAL AND
[PROPOSED] ORDER THEREON
CASE NO. C08-01247 RS